UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:18-cr-234-T-35SPF

Plaintiff, ☐
Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

CHRISTOPHER BRIAN COSIMANO and
MICHAEL DOMINICK MENCHER

Defendant ☐

# AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **69'ers Motorcycle Club Membership** | | | | |
| 1 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Christopher Cosimano<br><br>DISC-011465 |
| 2 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Sean Leonard<br><br>DISC-011473 |
| 3 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Erick Robinson<br><br>DISC-011476 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Allan Guinto<br><br>DISC-011471 |
| 5 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Michael Mencher<br><br>DISC-011474 |
| 6 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Cody Wesling<br><br>DISC-011483 |
| 7 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Luis Rodriguez<br><br>DISC-011478 |
| 8 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Kenneth DiFranco<br><br>DISC-021356 |
| 9 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Isaac Diaz<br><br>DISC-011469 |
| 10 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Dakota Ellison<br><br>DISC-021357 |
| 11 | | | | Photograph of Thomas Denney |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | DISC-021354 |
| 12 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Joe Gatell<br><br>DISC-021358 |
| 13 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Ryan Thorne<br><br>DISC-021360 |
| 14 | | | | Photograph of Andrew Gonitski<br><br>DISC-021359 |
| 15 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of Arthur Siurano<br><br>DISC-011480 |
| **James Costa Shooting (100 Series)** | | | | |
| 101-1 to 101-66 | 07-31-19 | 07-31-19 | Robert Der | Crime Scene Photographs James Costa Shooting Scene Dated 7/26/17<br><br>DISC-001254 to DISC-001329 |
| 102-1 to 102-14 | 07-31-19 | 07-31-19 | Jacob Becker | Crime Scene Photographs James Costa Vest Dated 7/26/17<br><br>DISC-001237 to DISC-001253 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 103-1 to 103-16 | 07-31-19 | 07-31-19 | Jacob Becker | Crime Scene Photographs James Costa Clothing Dated 7/26/17<br><br>DISC-001335 to DISC-001356 |
| 104-1 to 104-33 | 07-31-19 | 07-31-19 | Michael Miller | Crime Scene Photographs Christopher Cosimano Van Dated 7/28/17<br><br>DISC-001205 to DISC-001242 |
| 105 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 101400 Schematic Skyway North<br><br>DISC-021204 |
| 106 | 07-31-19 | 07-31-19 | William Grimm | Sunshine Skyway Bridge Map<br><br>DISC-021350 |
| 107 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 101400 Photographs Dated 7/26/17<br><br>DISC-02174 to DISC-021277 |
| 108 | 08-06-19 | 08-06-19 | Major James Wells, Jr. | Heckler and Koch, .45-caliber Pistol (ATF Item 1)<br><br>*No Bates Number* (Substitute Exhibit) |
| 109 | 08-06-19 | 08-06-19 | Major James Wells, Jr. | .45-caliber Hornady Ammunition (ATF Item 2) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | (Substitute Exhibit) *No Bates Number* |
| **Paul Anderson Homicide (200 Series)** | | | | |
| 201 | 08-01-19 | 08-01-19 | Jeremy Hershelman | Crime Scene Body Camera Footage DISC-013693 |
| 202-1 to 202-149 | 08-01-19 | 08-01-19 | Maria Macaluso | Crime Scene Photographs Paul Anderson Murder Scene Dated 12/21/17 18:47 DISC-006816 to DISC-001333 |
| 203 | 08-01-19 | 08-01-19 | Ashlee Reed | Crime Scene Video Paul Anderson Murder Scene Dated 12/21/17 DISC-021890 to DISC-021894 |
| 204 | 08-01-19 | 08-01-19 | Ashlee Reed | Crime Scene Video Paul Anderson Murder Scene Dated 12/21/17 DISC-021890 to DISC-021894 |
| 205 | 08-01-19 | 08-01-19 | Ashlee Reed | Crime Scene Video Paul Anderson Murder Scene Dated 12/21/17 DISC-021890 to DISC-021894 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 206 | 08-01-19 | 08-01-19 | Ashlee Reed | Crime Scene Video Paul Anderson Murder Scene Dated 12/21/17<br><br>DISC-021890 to DISC-021894 |
| 207 | 08-01-19 | 08-01-19 | Ashlee Reed | Crime Scene Video Paul Anderson Murder Scene Dated 12/21/17<br><br>DISC-021890 to DISC-021894 |
| 208 | 08-06-19 | 08-06-19 | Nicholas Rodgers | Glock, .45-caliber pistol (ATF Item 1)<br><br>*No Bates Number* (Substitute Exhibit) |
| 209 | 08-01-19 | 08-01-19 | Maria Macaluso | .45-caliber Winchester ammunition (ATF Item 2, 4, 6, 8, 10, 12)<br><br>*No Bates Number* (Substitute Exhibit) |
| 210-1 to 210-63 | 08-01-19 | 08-01-19 | Maria Macaluso | Crime Scene Photographs Paul Anderson Clothing Dated 12/22/17 21:15<br><br>DISC-007122 to DISC-007216 |
| 211-1 to 211-143 | 08-05-19 | 08-05-19 | Heidi Crider Sievers | Crime Scene Photographs Killsborough Chapter Clubhouse Dated 12/22/17 14:08 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | DISC-008401 to DISC-009013 |
| 212-1 to 212-6 | 08-05-19 | 08-05-19 | Kip Mello | Crime Scene Photographs Killsborough Chapter Clubhouse Dated 12/22/17<br><br>DISC-013723 to DISC-013728 |
| 213 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001501 Schematic Anderson Mainline<br><br>DISC-021201 |
| 214 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001401 Schematic Sugarwood Mainline<br><br>DISC-021202 |
| 215 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001321 Schematic SR 54<br><br>DISC-021203 |
| 216 | 07-31-19 | 07-31-19 | William Grimm | Suncoast Parkway/Veterans Expressway Map<br><br>DISC-021348 to DISC-21349 |
| 217 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001501 Photographs Dated 12/21/17<br><br>DISC-021264 to DISC-021273 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 218 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001401 Photographs Dated 12/21/17<br><br>DISC-021254 to DISC-021263 |
| 219 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 101321 Photographs Dated 12/21/17<br><br>DISC-021249 to DISC-021253 |
| 220 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001501 Video Dated 12/21/17<br><br>DISC-021351 |
| 221 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 001401 Video Dated 12/21/17<br><br>DISC-021352 |
| 222 | 07-31-19 | 07-31-19 | William Grimm | Plaza ID 101321 Video Dated 12/21/17<br><br>DISC-021353 |
| 223-1 to 223-5 | 07-30-19 | 07-30-19 | Allan Guinto | Enhanced Toll Plaza Photographs<br><br>DISC-011632 to DISC-011639 |
| 224 | | | | Paul Anderson Autopsy Report<br><br>DISC-021411 to DISC-021290 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 225-1 to 225-13 | 08-01-19 | 08-01-19 | Dr. Noel Palma | Paul Anderson Autopsy Photographs<br><br>DISC-021357 to DISC-021570 |
| 226 | 08-05-19 | 08-05-19 | Aaron Smith | Home Surveillance Video Compilation<br><br>DISC-007581 |
| 227 | 08-05-19 | 08-05-19 | Aaron Smith | Home Surveillance Map<br><br>*No Bates Number* |
| 228 | 08-05-19 | 08-05-19 | James Collins | Florida 69'ers M.C. Flag (ATF Item 101)<br><br>*No Bates Number* |
| 229 | | | | Axe Handle (ATF item 98)<br><br>*No Bates Number* |
| 230 | 08-05-19 | 08-05-19 | James Collins | Brooklyn 69'ers M.C. Flag (ATF item 99)<br><br>*No Bates Number* |
| 231 | 08-05-19 | 08-05-19 | James Collins | Keltec .380-caliber pistol (ATF Item 100)<br>(Substitute Exhibit) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | *No Bates Number* |
| 232 | 08-05-19 | 08-05-19 | James Collins | Keltec magazine (ATF Item 108)<br>(Substitute Exhibit)<br>*No Bates Number* |
| 233 | 08-05-19 | 08-05-19 | James Collins | Five rounds of Remington .380-caliber ammunition (ATF Item 109)<br>(Substitute Exhibit)<br>*No Bates Number* |
| 234 | 08-05-19 | 08-05-19 | James Collins | Winchester-Western .380-caliber ammunition (ATF Item 110)<br>(Substitute Exhibit)<br>*No Bates Number* |
| 235 | 08-05-19 | 08-05-19 | James Collins | 69'ers M.C Probate Vest (ATF Item 103)<br><br>*No Bates Number* |
| 236 | 08-05-19 | 08-05-19 | James Collins | 69'ers M.C. Vest (ATF Item 115)<br><br>*No Bates Number* |
| 237 | 08-05-19 | 08-05-19 | James Collins | 69'ers M.C. Vest (ATF Item 116)<br><br>*No Bates Number* |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 238 | 08-05-19 | 08-05-19 | James Collins | 69'ers M.C. Vest (ATF Item 121)<br><br>*No Bates Number* |
| 239 | 08-05-19 | 08-05-19 | James Collins | Hornady Ammunition (ATF Item 126) (Substitute Exhibit)<br>*No Bates Number* |
| 240 | 08-05-19 | 08-05-19 | James Collins | Winchester Shotgun Ammunition (ATF Item 127) (Substitute Exhibit)<br>*No Bates Number* |
| **Cell Phone Evidence (300 Series)** | | | | |
| 301 | 08-05-19 | 08-05-19 | Benjamin Beson | Cell Phone (813) 440-0678<br><br>*DISC-pending* |
| 302 | | | | Forensic Image of Cell Phone (813) 440-0678 |
| 303 | | | | Subscriber Record of Cell Phone (813) 440-0678<br><br>DISC-006572 to DISC-006575 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 304 | 08-05-19 | 08-05-19 | Yesenia Toledo | Call Detail Records of Cell Phone (813) 440-0678<br><br>DISC-006550 |
| 305-1 to 305-20 | 08-05-19 | 08-05-19 | Benjamin Beson | Photographs from Cell Phone (813) 440-0678<br><br>*No Bates Number* |
| 306 | | | | Cell Phone (425) 615-1806<br>*DISC-pending* |
| 307 | | | | Forensic Image of Cell Phone (425) 615-1806<br><br>*DISC-pending* |
| 308 | 08-05-19 | 08-05-19 | Yesenia Toledo | Subscriber Record of Cell Phone (425) 615-1806<br><br>DISC-006658 to DISC-006660 |
| 309 | 08-05-19 | 08-05-19 | Yesenia Toledo | Call Detail Records of Cell Phone (425) 615-1806<br><br>DISC-006632 to DISC-006668 |
| 310-1 to 310-9 | 07-30-19 | 07-30-19 | Allan Guinto | Photographs from Cell Phone (425) 615-1806<br><br>*No Bates Number* |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 311 | 08-05-19 | 08-05-19 | Yesenia Toledo | Subscriber Record of Cell Phone (239) 322-0241<br><br>DISC-021362 |
| 312 | 08-05-19 | 08-05-19 | Yesenia Toledo | Call Detail Records of Cell Phone (239) 322-0241<br><br>DISC-021175 to DISC-021177 |
| 313 | | | | Subscriber Record of Cell Phone (813) 399-5471<br><br>DISC-022082 |
| 314 | 08-05-19 | 08-05-19 | Yesenia Toledo | Call Detail Records of Cell Phone (813) 399-5471<br><br>DISC-022068 |
| 315 | 08-05-19 | 08-05-19 | Yesenia Toledo | Subscriber Record of Cell Phone (813) 380-5500<br><br>DISC-022106 |
| 316 | 08-05-19 | 08-05-19 | Yesenia Toledo | Call Detail Records of Cell Phone (813) 380-5500<br><br>DISC-022103, DISC-022108 to DISC-022109 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 317 | 08-05-19 | 08-05-19 | Yesenia Toledo | Anderson Homicide Call Chart |
| **Miscellaneous Evidence (400 Series)** | | | | |
| 401-1 to 401-11 | 08-06-19 | 08-06-19 | Sean Leonard | Local Brewing Company Injury Photographs<br><br>DISC-021310 to DISC-021320 |
| 402-1 to 402-2 | 07-30-19 | 07-30-19 | Allan Guinto | Local Brewing Company Injury Photographs<br><br>DISC-021183 to DISC-021185 |
| 403 | | | | Photographs of www.69ersMC.com<br><br>DISC-009564 to DISC-009583 |
| 404 | 7-30-19 | 7-30-19 | Allan Guinto | 69'ers Motorcycle Club Constitution<br><br>DISC-019767 to DISC-019775 |
| 405 | 08-05-19 | 08-05-19 | Arthur Siurano | 69'ers Motorcycle Club Bylaws<br><br>DISC-010133 to DISC-010138 |
| 406-1 to 406-21 | | | | Crime Scene Photographs Orlando Location Dated 6/16/18<br><br>DISC-021571 to DISC-021882 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 407-1 to 407-37 | 08-07-19 | 08-07-19 | Austin Blake Childress | Photographs of Bike #1<br><br>DISC-021999 to DISC-022035 |
| 408-1 to 408-32 | 08-07-19 | 08-07-19 | Austin Blake Childress | Photographs of Bike #2<br><br>DISC-021967 to DISC-021998 |
| 409 | 07-30-19 | 07-30-19 | Allan Guinto | Photograph of three 69'ers Motorcycle Club Members<br><br>DISC-021933 |
| 410 | 08-01-19 | 08-01-19 | Reginald Robinson | Photograph of Anderson Crime Scene<br>*No Bates Number* |
| **Controlled Calls and Recorded Interviews (500 Series)** | | | | |
| 501 | 08-06-19 | 08-06-19 | Sean Leonard | Christopher Cosimano phone call<br>Dated 12/22/17 00:37<br><br>DISC-001564 |
| 501T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Christopher Cosimano phone call<br>Dated 12/22/17 00:37<br><br>*No Bates Number* |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 502 | 08-06-19 | 08-06-19 | Sean Leonard | Christopher Cosimano phone call Dated 12/22/17 01:09  DISC-001565 |
| 502T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Christopher Cosimano phone call Dated 12/22/17 01:09  *DISC-pending* |
| 503 | 08-06-19 | 08-06-19 | Sean Leonard | Christopher Cosimano phone call Dated 12/22/17 01:23  DISC-001566 |
| 503T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Christopher Cosimano phone call Dated 12/22/17 01:23  *DISC-pending* |
| 504 | 08-06-19 | 08-06-19 | Sean Leonard | Christopher Cosimano phone call Dated 12/22/17 01:55  DISC-001567 |
| 504T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Christopher Cosimano phone call Dated 12/22/17 01:55 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | *DISC-pending* |
| 505 | 08-06-19 | 08-06-19 | Sean Leonard | Michael Mencher phone call Dated 11/26/17 21:18<br><br>DISC-009694 |
| 505T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Michael Mencher phone call Dated 11/26/17 21:18<br><br>*DISC-pending* |
| 506 | 08-06-19 | 08-06-19 | Sean Leonard | Michael Mencher phone call Dated 11/30/17 12:06<br><br>DISC-009699 |
| 506T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Michael Mencher phone call Dated 11/30/17 12:06<br><br>*No Bates Number* |
| 507 | 08-06-19 | 08-06-19 | Sean Leonard | Michael Mencher phone call Dated 12/21/17 21:37<br><br>DISC-009700 |
| 507T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Michael Mencher phone call |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Dated 12/21/17 21:37<br><br>*No Bates Number* |
| 508 | 08-06-19 | 08-06-19 | Sean Leonard | Michael Mencher phone call Dated 12/21/17 23:29<br><br>DISC-001561 |
| 508T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Michael Mencher phone call Dated 12/21/17 23:29<br><br>*No Bates Number* |
| 509 | 08-06-19 | 08-06-19 | Sean Leonard | Michael Mencher phone call Dated 12/22/17 00:23<br><br>DISC-001562 |
| 509T | 08-06-19 | 08-06-19 | Sean Leonard | Transcript of Michael Mencher phone call Dated 12/22/17 00:23<br><br>*DISC-pending* |
| 510 | 08-07-19 | 08-07-19 | Austin Blake Childress | Christopher Cosimano Interview Dated 6/5/18<br><br>DISC-017448 to DISC-017451 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 510T | 08-07-19 | 08-07-19 | Austin Blake Childress | Transcript of Christopher Cosimano Interview Dated 6/5/18<br><br>*No Bates Number* |
| **Charging Documents, Proffer and Plea Agreements (600 Series)** | | | | |
| 601 | 07-30-19 | 07-30-19 | Allan Guinto | Allan Guinto Redacted Plea Agreement and Addendum<br><br>DISC-021205 to DISC-021228 |
| 602 | 07-31-19 | 07-31-19 | Cody Wesling | Cody Wesling Redacted Plea Agreement<br><br>DISC-021229 to DISC-021248 |
| 603 | | | | Erick Robinson Redacted Plea Agreement<br><br>DISC-021904 to DISC-021923 |
| 604 | 08-06-19 | 08-06-19 | Sean Leonard | Sean Leonard Information<br><br>DISC-021308 to DISC-021309 |
| 605 | 08-06-19 | 08-06-19 | Sean Leonard | Sean Leonard Proffer Agreement<br><br>DISC-021321 to DISC-021323 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 606 | 08-06-19 | 08-06-19 | Sean Leonard | Sean Leonard Cooperation Agreement<br><br>DISC-021295 to DISC-021307 |
| 607 | 08-05-19 | 08-05-19 | Arthur Siurano | Arthur Siurano Indictment<br><br>DISC-021340 to DISC-021345 |
| 608 | 08-05-19 | 08-05-19 | Arthur Siurano | Arthur Siurano Proffer Agreements<br><br>DISC-021346 to DISC-021347 |
| 609 | 08-05-19 | 08-05-19 | Arthur Siurano | Arthur Siurano Cooperation Agreement<br><br>DISC-021329 to DISC-021339 |