

DISC-011465