

DISC-011473