

DISC-011476