

DISC-011483