

DISC-011480