**Case Number** 17- 529182

**Name** R. Der    206425

**Date** 7-26-17

DISC-001254