

DISC-001255