

DISC-001259