

DISC-001265