Support Your Local
Outlaws
St. Pete
Outlaws
mc

DISC-001266