

DISC-001267