

DISC-001268