

DISC-001269