

DISC-001270