

DISC-001276