DISC-001278