

DISC-001288