| | |
|---|---|
| Case Number: | 17-529182 |
| Name: | A. Dawson |
| ABN: | 232282 |
| Date: | 7/26/17 |

DISC-001358