

DISC-001338