

DISC-001341