

DISC-001343