

DISC-001344