

DISC-001205