

DISC-001206