

DISC-001207