

DISC-001214