


Plazald 101400 Laneld 6 Lane Type 11 Timestamp 7/26/2017 2:14:39 AM UTC OCR - Plate Conf 0 State Conf 0
Case 6:18-cv-00254-MSS-SPF Document 354-145 Filed 08/12/19 Page 2 of 2 PageID 1848
DISC-021275

Case 8:18-cr-00234-MSS-SPF   Document 384-145   Filed 02/12/15   Page 3 of 4 PageID 1849



DISC-021276


DISC-021277