**U.S. Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

## Evidence Identification Tag

1. Case Number                                    2. Date

3.

5.

6.

7.

8.

9.

10.

---

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 12/21/2017 | 000001 |

**DESCRIPTION OF PROPERTY**
FIREARM: HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 36, CAL: 45, SN: HVG723

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| GUINTO's girlfriend's residence 6800 N 13th ST, St. Petersburg   FL   33702- | GUINTO, Allen |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| _(signature)_ H. Foster | 12/22/17 |
| _(signature)_ | 12/22/17 |
| _(signature)_ Nogs Wells | /22/17 |

**BAR CODE INFORMATION**

‖‖‖‖‖‖‖‖‖‖‖‖
2087800

**SPECIAL INSTRUCTIONS/REMARKS** 17A0386(1)... 12/22/17

ATF Form 3400.11
Revised November 2004

*(over)*









