

SHOOTING OF A PERSON

17-49652

TYPE OF OFFENSE — CASE NUMBER

12/22/17 2115 — M. MACALUSO

DATE — TIME — PHOTOGRAPHER / LIFTED BY

INITIAL AND INDICATE EXACT LOCATION OF EACH LATENT LIFTED ON OPPOSITE SIDE

@ F.55

**PASCO SHERIFF'S OFFICE**

PSO# 3-0066 (REV. 9/06)

DISC-007122

Exhibit 210 -002



Exhibit 210 -003



DISC-007134

Exhibit 210 -004

Exhibit 210 -005



Exhibit 210 -006



DISC-007137

Exhibit 210 -007



DISC-007138

Exhibit 210 -008



DISC-007139

Exhibit 210 -009



DISC-007141

Exhibit 210 -011



DISC-007142



DISC-007143

Exhibit 311-313



Exhibit 210 -014

Exhibit 210 -015



DISC-007146

Exhibit 210 -016



Exhibit 210-017



DISC-007148

Exhibit 210-018



Exhibit 210 -019



Exhibit 210 -020



DISC-007154

Exhibit 210 -021





Exhibit 210 -023



Exhibit 210 -024



Exhibit 210 -025



Exhibit 210 -026





DISC-007161



Exhibit 210 -029



Exhibit 210 -030



Exhibit 210-031



Exhibit 210 -032



DISC-007166

Exhibit 210 -033



Exhibit 210 -034



Exhibit 210 -035



Exhibit 210 -036



Exhibit 210 -037



Exhibit 210 -038



Exhibit 210-039

PASCO SHERIFF'S OFFICE
INITIAL AND INDICATE EXACT LOCATION OF EACH LATENT LIFTED ON OPPOSITE SIDE
DATE
12/22/17
TIME
2115
PHOTOGRAPHER / LIFTED BY
M. MACALUSO
TYPE OF OFFENSE
SHOOTING OF A PERSON
CASE NUMBER
17-49652

DISC-007174



DISC-007175

Exhibit 210 -042



DISC-007176

Exhibit 210 -043

Exhibit 210 -044



Exhibit 210 -045

Exhibit 210 -046



Exhibit 210 -047



Exhibit 210 -048

DISC-007186



Exhibit 210 -049

DISC-007187



Exhibit 210 -050



Exhibit 210 -052





Exhibit 210 -054



Exhibit 210 -055



Exhibit 210 -056

Exhibit 210 -057



DISC-007210

Exhibit 210 -058



DISC-007212



DISC-007213

Exhibit 210 -061





DISC-007215

Exhibit 210 -063

