

Exhibit 212-001

Exhibit 212-002

331 NFE 1141917I

MENCHER'MICHAEL D
3561 NW 88TH DR APT 203
CORAL SPRINGS FL 33065-185

BC: 33065185153      *4140-06

Exhibit 212-002



Exhibit 212-004





Exhibit 212-005

$4.11⁹
US POSTAGE
FIRST-CLASS
071S01117240
34655
000004731

From: Mencher
1423 Dixie Chyn Tr. G3
Tarpon Springs Fl. 34688
Zip: 34688

APT #
7.

To: Michal Mencher
2601 Rock Island Rd.
Margate Fl. 33065

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

Exhibit 212-006

