

# SR 54

**REV 11**

## SUNCOAST PARKWAY (SR 589)

IMAGE DATE: 2016



**SB-ON**
**(WEST PLAZA)**
**PLAZA ID 001321**
**(LEGACY)**

**M.P. - 19**

**NB-OFF**
**(EAST PLAZA)**
**PLAZA ID 001321**
**(LEGACY)**

DISC-021203