FL-Y76AFI 001501 50S 12/21/2017 16:40:29



FL-Y76AFI 001501 50S 12/21/2017 16:40:29



FL-GKPF62 001501 50S 12/21/2017 16:40:33



FL-GKPF62 001501 50S 12/21/2017 16:40:33



FL-GBNY69 001501 50S 12/21/2017 16:40:37



FL-GBNY69 001501 50S 12/21/2017 16:40:37



DISC-021269

NO TAG VISIBLE 001501 50S 12/21/2017 16:40:41



NO TAG VISIBLE 001501 50S 12/21/2017 16:40:41



DISC-021271

NO TAG VISIBLE 001501 50S 12/21/2017 16:40:43



NO TAG VISIBLE 001501 50S 12/21/2017 16:40:43



DISC-021273