FL-Y76AFI 001321 02D 12/21/2017 16:51:52



**\*NO FRONT VIOLATION CAMERAS AT 001321\***

FL-GBNY69 001321 02D 12/21/2017 16:51:58



NO TAG VISIBLE 001321 02D 12/21/2017 16:52:03



***NO FRONT VIOLATION CAMERAS AT 001321*ND**

NO TAG VISIBLE 001321 02D 12/21/2017 16:52:05



**\*NO FRONT VIOLATION CAMERAS AT 001321\***

FL-GKPF62 001321 01C 12/21/17 16:52:15

VEHICLE PAID CASH – NO VIOLATION IMAGE – STILL IMAGES TAKEN FROM CCTV CAMERA



