



DISC-011638

Exhibit 223-003



DISC-011639



DISC-011630

