

DISC-021509

PageID 23935    Exhibit 225-002



DISC-021556



ANDERSON, PAUL 5172165
12/22/17 NAP
Exhibit 225-003
DISC-021557

Exhibit 225-004



ANDERSON, PAUL 5172165
12/22/17 NAP

DISC-021558



DISC-021559

Exhibit 225-006



Exhibit 225-007



5172165

DISC-021561



DISC-021562

Case No.    **5172165**    Date Collected **12/22/17**
Name        **Anderson , Paul**
Pathologist **NOEL PALMA, MD, ME**
            **Projectile**

DISC-021563

Exhibit 225-016



Case No.   5172165   Date Collected 12/22/17
Name       Anderson , Paul
Pathologist NOEL PALMA, MD, ME
PROJECTILE

DISC-021564

Exhibit 225-011





DISC-021566



DISC-021567