PLASTIC SHOTGUN SHELLS



5 12 GA. - 2¾"
MAX. LOAD
00 BUCK (12 PELLETS)
MAGNUM SUPER
BUCKSHOT LOADS

WINCHESTER® Western®

WARNING: Keep out of Reach of Children
See All Warnings on top flaps before use.

WARNING: Wear proper hearing protection. Repeated exposure to gunfire can

