

iPhone
Designed by Apple in California Assembled in China
Model A1661 FCC ID: BCG-E3087A IC: 579C-E3087A

