Exhibit 305-001



Exhibit 305-002



Exhibit 305-003





Exhibit 305-004

Exhibit 305-005



Exhibit 385-006



Exhibit 305-007





Exhibit 305-008

Exhibit 305-009



Exhibit 305-010



Exhibit 305-011





Exhibit 305-013







(727) 815-2483





Cosimano Christopher was live.
Jul 11 at 6:55am ·

   




(727) 815-2483

- Victim was reportedly a gang member
- Motocyclists allegedly pulled up on the victim

Pasco County deputies are investigating the shooting death
that happened on the intersection of Suncoast Parkway and



Aug 24 at 4:51pm · 👥








Text Message

(727) 815-2483

Text Message
Today 12:16 AM

I'll be seeing you soon lol

Slider 1%er

727 815 2483



    

Exhibit 305-018

# Google Play Newsstand

shooting near the Suncoast Parkway Thursday night.

The shooting occurred the area of Suncoast Parkway and State Road 54.



Advertisement



Struggling to LOSE WEIGHT? There is hope.

Exhibit 305-019



01:34    ewsstand

the motorcycles. They plan to release surveillance images of the bikes, which have Nazi SS "cracker bolts" decals.

Anyone with information on the incident should call the sheriff's office.





### Dog gone wild: Pasco pup bites FedEx deliveryman, Pasco deputy

12:16 am

A Pasco deputy suffered a dog bite while responding





Search







PLEASE SHARE THESE PHOTOS: The Pasco County Sheriff's Office sent these pictures of the motorcycles ridden by the two men suspected of killing a driver near the Suncoast Parkway. Let's get these guys off the streets before someone else gets hurt! on.wtsp.com/2pcXY5J




