2395519
01/16/2018

**WIRELESS SUBSCRIBER INFORMATION**

AT&T

| 298007985292 | C/T |

### Financially Liable Party

Name: GRACE GUINTO
Credit Address: 2555 LEXINGTON OAK DR, BRANDON, FL 33511

Customer Since: 12/28/2004
Photo ID Type:                                   Photo ID State:
Photo ID Number:
DOB:                                             SSN:

Contact Name:
Contact Home Phone: (813) 938-4710               Contact Work Phone: (813) 833-6427
Contact Home Email: GRACEGUINTO52@YAHOO.COM      Contact Work Email:

### Billing Party

Account Number:   298007985292
Name:             GRACE GUINTO
Billing Address:  2555 LEXINGTON OAK DR, BRANDON, FL 33511

Account Status:   Active                         Billing Cycle: 3

### User Information

MSISDN:           (425) 615-1806                 IMSI: 310410846771963
MSISDN Active:    02/28/2012 - Current

Name:             ALLAN GUINTO
User Address:     2555 LEXINGTON OAK DR, BRANDON, FL 33511

Service Start Date: 01/23/2012    Dealer Info: U8WJJ U8WJJ U8WJJ
Payment Type:       Postpaid
Contact Name:       ALLAN GUINTO
Contact Home Phone:                              Contact Work Phone:
Contact Home Email: GRACEGUINTO52@YAHOO.COM      Contact Work Email:

### Status Change History

Status Change Reason:                            Status Change Date:

MHT                         AT&T PROPRIETARY                      Page    1

The information contained here is for use by authorized person only and is not for general distribution.

DISC-006658



# FEATURES

| 298007985292 | C/T | (425) 615-1806 |
|---|---|---|

| FEATURE | START DATE | END DATE |
|---|---|---|
| 6 Way Calling | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| ALU CTS Migration | 10/18/2015 12:00 AM | |
| AT&T DirectBill | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| CAN Border roam min | 09/04/2017 12:00 AM | |
| Call Forward Conditional | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Call Forward Immediate | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Call Hold | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Call Waiting | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Caller ID | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| ConnecTech Remote | 09/01/2016 12:00 AM | |
| DATA ACCESS | 09/04/2017 12:00 AM | |
| DATA ACCESS | 09/04/2017 12:00 AM | |
| DATA ACCESS | 09/04/2017 12:00 AM | |
| DATAOPTOUTCON | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Data Access | 09/04/2017 12:00 AM | |
| Data Pay Per Use | 10/18/2015 12:00 AM | |
| Direct Bill Detail | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| ENB USG Monitoring | 09/04/2017 12:00 AM | |
| Extended Local Area Including Toll(Cal | 09/04/2017 12:00 AM | |
| Extended Local Area Including Toll(Cal | 09/04/2017 12:00 AM | |
| Feature for ELA SOC (Calling Areas) | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| GVC | 09/04/2017 12:00 AM | |
| General | 09/04/2017 12:00 AM | |
| General Charge Voice | 02/24/2016 12:00 AM | |
| HOTSPOT APN Policy | 09/04/2017 12:00 AM | |
| IRM Bundled Feature | 01/01/2013 12:00 AM | |
| IntLongDistAllowed | 09/04/2017 12:00 AM | |
| IntLongDistAllowed | 01/01/2013 12:00 AM | |
| International LD | 09/04/2017 12:00 AM | |
| International Roaming | 01/01/2013 12:00 AM | |
| Lockline Insurance | 09/01/2016 12:00 AM | |
| MEX Border roam min | 09/04/2017 12:00 AM | |
| Message Waiting Ind | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| NOPROVISIONINGDATA | 09/04/2017 12:00 AM | |
| NOPROVISIONINGDATA | 09/04/2017 12:00 AM | |
| NOPROVISIONINGMMS | 09/04/2017 12:00 AM | |
| NOPROVISIONINGSMS | 09/04/2017 12:00 AM | |
| NOTIFY POLICY P | 09/04/2017 12:00 AM | |
| PHN_IPV6_BRD | 09/04/2017 12:00 AM | |
| Pict Video MSG | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Purchase Blocker | 06/12/2013 12:00 AM | |

MHT                              AT&T PROPRIETARY                              Page   1

The information contained here is for use by authorized person only
and is not for general distribution.



## FEATURES

| 298007985292 | C/T | (425) 615-1806 |

| FEATURE | START DATE | END DATE |
|---|---|---|
| Push to Talk | 09/04/2017 12:00 AM | |
| SPEED TIER S1 | 09/04/2017 12:00 AM | |
| StreamSaver Med | 08/02/2017 12:00 AM | |
| Text Messaging | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Toll Domestic | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Toll Domestic | 01/01/2013 12:00 AM | |
| Toll Domestic | 10/18/2015 12:00 AM | 04/18/2018 12:00 AM |
| Toll Domestic | 01/01/2013 12:00 AM | |
| Toll Domestic | 09/04/2017 12:00 AM | |
| Toll International | 09/04/2017 12:00 AM | |
| Toll International | 09/04/2017 12:00 AM | |
| Toll International | 01/01/2013 12:00 AM | |
| Toll International | 01/01/2013 12:00 AM | |
| Toll International | 09/04/2017 12:00 AM | |
| Upgrade Fee | 10/19/2015 12:00 AM | |
| VISUAL VM POSTPD | 09/04/2017 12:00 AM | |
| VOICE DISPATCHER | 09/04/2017 12:00 AM | |
| Video Call Blocking | 10/18/2015 12:00 AM | |
| Voice over LTE | 10/18/2015 12:00 AM | |

The information contained here is for use by authorized person only
and is not for general distribution.

DISC-006660