Exhibit 310-001



Exhibit 310-002



Exhibit 310-003



Exhibit 310-004



Exhibit 310-005



Exhibit 310-006



Exhibit 310-007



Exhibit 310-008



Exhibit 310-009

