

PO BOX 4001
ACWORTH, GA 30101

| Billing period | Dec 11, 2017 - Jan 10, 2018 |
| Account number | 923163940-00001 |
| Invoice number | 7629287863 |

KEYLINE
|ıllıııllıllıııllııllıııllllııllılıllıııllllılıl

MICHEAL MENCHER
3561 NW 88TH DR APT 203
CORAL SPRINGS, FL  33065-1851

See last page for payment options.
Questions? Visit vzw.com/contactus

# Hi Micheal, here's your bill for this month.

**Balance past due**

**One-time charges**

**The new Verizon Plan Single Smartphone**

**Micheal Mencher** 239.322.0241

**Surcharges**

**Taxes and government fees**

**Total due**


**Billing period** Dec 11, 2017 to Jan 10, 2018 | **Account #** 923163940-00001 | **Invoice #** 7629287863

# Micheal Mencher
239.322.0241 | MOTO Z2 PLAY

## Talk activity - continued

| Date | Time | Number | Origin | Destination | Min | Airtime | Long Dist/ | |
|---|---|---|---|---|---|---|---|---|
| Dec 21 | 1:04 PM | 727.519.3436 | Riverview, FL | Clearwater, FL | 4 | -- | -- | -- |
| Dec 21 | 1:07 PM | 954.234.7782 | Riverview, FL | Deerfldbch, FL | 27 | -- | -- | -- |
| Dec 21 | 1:38 PM | 813.380.5500 | Riverview, FL | Incoming, CL | 1 | -- | -- | -- |
| Dec 21 | 2:13 PM | 954.234.7782 | Riverview, FL | Incoming, CL | 39 | -- | -- | -- |
| Dec 21 | 4:20 PM | 813.380.5500 | Tampa, FL | Tampa, FL | 3 | -- | -- | -- |
| Dec 21 | 4:27 PM | 813.399.5471 | Tampa, FL | Incoming, CL | 1 | -- | -- | -- |
| Dec 21 | 5:16 PM | 813.399.5471 | Lutz, FL | Tampacen, FL | 1 | -- | -- | -- |
| Dec 21 | 6:49 PM | 954.234.7782 | Riverview, FL | Deerfldbch, FL | 23 | -- | -- | -- |
| Dec 21 | 7:17 PM | 516.329.1544 | Riverview, FL | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 21 | 7:18 PM | 954.234.7782 | Gibsonton, FL | Deerfldbch, FL | 14 | -- | -- | -- |
| Dec 21 | 7:32 PM | 813.399.5471 | Apollo Bea, FL | Tampacen, FL | 3 | -- | -- | -- |
| Dec 21 | 7:34 PM | 954.234.7782 | Apollo Bea, FL | Deerfldbch, FL | 12 | -- | -- | -- |
| Dec 21 | 7:51 PM | 516.329.1544 | Gibsonton, FL | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 21 | 8:00 PM | 516.329.1544 | Gibsonton, FL | Incoming, CL | 4 | -- | -- | -- |
| Dec 21 | 8:03 PM | 813.440.0678 | Gibsonton, FL | Incoming, CL | 5 | -- | -- | -- |
| Dec 21 | 8:07 PM | 516.329.1544 | Gibsonton, FL | Nassauzn05, NY | 5 | -- | -- | -- |
| Dec 21 | 8:15 PM | 516.329.1544 | Riverview, FL | Nassauzn05, NY | 3 | -- | -- | -- |
| Dec 21 | 8:17 PM | 813.399.5471 | Riverview, FL | Tampacen, FL | 1 | -- | -- | -- |
| Dec 21 | 8:20 PM | 516.329.1544 | Gibsonton, FL | Nassauzn05, NY | 10 | -- | -- | -- |
| Dec 21 | 8:39 PM | 954.234.7782 | Riverview, FL | Deerfldbch, FL | 5 | -- | -- | -- |
| Dec 21 | 8:44 PM | 516.329.1544 | Riverview, FL | Incoming, CL | 12 | -- | -- | -- |
| Dec 21 | 8:55 PM | 516.329.1544 | Riverview, FL | Incoming, CL | 6 | -- | -- | -- |
| Dec 21 | 9:00 PM | 813.440.0678 | Riverview, FL | Incoming, CL | 2 | -- | -- | -- |
| Dec 21 | 9:29 PM | 727.272.0406 | Riverview, FL | Clearwater, FL | 1 | -- | -- | -- |
| Dec 21 | 9:34 PM | 727.619.2752 | Riverview, FL | Incoming, CL | 3 | -- | -- | -- |
| Dec 21 | 9:37 PM | 813.440.0678 | Riverview, FL | Tampacen, FL | 1 | -- | -- | -- |
| Dec 21 | 9:38 PM | 813.440.0678 | Riverview, FL | Tampacen, FL | 1 | -- | -- | -- |
| Dec 21 | 9:40 PM | 954.234.7782 | Tampa, FL | Deerfldbch, FL | 28 | -- | -- | -- |

DISC-021176



**Billing period** Dec 11, 2017 to Jan 10, 2018 | **Account #** 923163940-00001 | **Invoice #** 7629287863

# Micheal Mencher
239.322.0241 | MOTO Z2 PLAY

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 21 | 11:26 PM | 727.619.2752 | Riverview, FL | Incoming, CL | 4 | -- | -- | -- |
| Dec 21 | 11:29 PM | 727.619.2752 | Riverview, FL | Hudson, FL | 1 | -- | -- | -- |
| Dec 21 | 11:32 PM | 954.234.7782 | Riverview, FL | Incoming, CL | 3 | -- | -- | -- |
| Dec 21 | 11:55 PM | 727.619.2752 | Riverview, FL | Incoming, CL | 29 | -- | -- | -- |

DISC-021177