Exhibit 401-001



DISC-021186

Exhibit 401-002



Exhibit 401-003



Exhibit 401-004



DISC-021189

Exhibit 401-005



DISC-021190

Exhibit 401-006



DISC-021191

Exhibit 401-007



Exhibit 401-008



Exhibit 401-029



Exhibit 401-010



Exhibit 401-011



DISC-021196