U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

## Evidence Identification Tag

### DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 000054 |

**DESCRIPTION OF PROPERTY**

VEHICLE TYPE: MOTORCYCLE, YR: 2004, MAKE: Harley Davidson, COL: Black,
TAG: 5540RX

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: COSIMANO, Christop 7505 Riverview DR, Riverview        FL   33578- | COSIMANO, Christopher |

**CHAIN OF CUSTODY**

SIGNATURE                                                     DATE

SIGNATURE                                                     DATE

SIGNATURE                                                     DATE

**BAR CODE INFORMATION**

2194101

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004

*(over)*

DISC-021999

Exhibit 407-002



Exhibit 407-001



Exhibit 197-004



Exhibit 467-005



Exhibit 407-006



Exhibit 407-007



Exhibit 407-008



DISC-022006

Exhibit 407-009



Exhibit 407-010



Exhibit 407-011



Exhibit 407-012



DISC-022010



DISC-022011

Exhibit 407-014



DISC-022012



DISC-022013



Exhibit 407-417



DISC-022015



DISC-022016

Exhibit 407-019



Exhibit 407-020





DISC-022019



DISC-022020



DISC-022021



Exhibit 407.025



Exhibit 407-026



Exhibit 407-027



DISC-022025



DISC-022026

Exhibit 407-029



Exhibit 407-030



Exhibit 407-031



Exhibit 407.032



Exhibit 407-033



DISC-022031

Exhibit 407-034



DISC-022032



DISC-022033



DISC-022034

Exhibit 407-037



DISC-022035