U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

**Evidence Identification Tag**

1. C

3.

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 008050 |

5.

DESCRIPTION OF PROPERTY
VEHICLE: TYPE: MOTORCYCLE, YR: 2000, MAKE: Big Dog, COL: Bue, TAG:
PUNKN

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: COSIMANO, Christoo 7505 Riverview DR, Riverview          FL  33578- | MENCHER, Michael |

6.

CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
7. | | |
| SIGNATURE | DATE |
8. | | |
| SIGNATURE | DATE |
9. | | |

BAR CODE INFORMATION

10.

||||||| 2194087 |||||||

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004
(over)

DISC-021967

Exhibit 408-002



Exhibit 408-003



DISC-021969

Exhibit 408-004



Exhibit 408-005



Exhibit 408-006



DISC-021972

Exhibit 408-007



DISC-021973

Exhibit 408-008



Exhibit 408-009



Exhibit 408-010



Exhibit 408-011







DISC-021979

Exhibit 408-014



DISC-021980

Exhibit 408-015





DISC-021982

Exhibit 406-017



Exhibit 408-018





Exhibit 408-019

Exhibit 408-020



Exhibit 408-021



DISC-021987

Exhibit 408-022



DISC-021988

Exhibit 408-023



DISC-021989





DISC-021991



DISC-021992



DISC-021993



DISC-021994



DISC-021995

Exhibit 408-030



DISC-021996

Exhibit 408-031



Exhibit 408-032



DISC-021998