

DISC-021933