
PASCO COUNTY
37
FIRE RESCUE
SR 54