UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:18-cr-234-T-35SPF

MICHAEL DOMINICK MENCHER

**UNITED STATES' SENTENCING MEMORANDUM**
**IN SUPPORT OF THE PRESENTENCE REPORT**

On August 12, 2019, a jury found Michael Dominick Mencher guilty of Conspiracy to Commit Murder in Aid of Racketeering Activity, Murder in Aid of Racketeering Activity, Use of a Firearm During and in Relation to a Crime of Violence, and Use of a Firearm During and in Relation to a Crime of Violence Causing Death. Doc. 382. He is scheduled to be sentenced on November 20, 2019. Doc. 391. On November 8, 2019, U.S. Probation published Mencher's Presentence Investigation Report. Doc. 454. The Government has no objections to the facts or application of the guidelines outlined in that report. Furthermore, in light of the factors set forth in 18 U.S.C. § 3553(a), the Government seeks a sentence in accordance with the guidelines reflected in Mencher's presentence report.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:      */s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

2

**U.S. v. Mencher**                    **Case No. 8:18-cr-234-T-35SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to counsel of record.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov