UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              **CASE NO: 8:18-cr-234-MSS-SPF**

MICHAEL DOMINICK
MENCHER,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Dkt. 604), and Defendant's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Dkt. 606) Pursuant to internal administrative procedures, the Motions to Vacate have also been filed as a new civil case (Case No. 8:24-cv-51-MSS-SPF).

Accordingly, it is **ORDERED** that the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Dkt. 604), and Defendant's Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

(Dkt. 606) in this instant case, are **DENIED as MOOT**. The Court will consider the motion and enter a ruling in Civil Case No. 8:24-cv-51-MSS-SPF.

**DONE and ORDERED** in Tampa, Florida, this 23rd day of April 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies to:**
Counsel of Record
Any Unrepresented Person